# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR NEW ZEALAND LIMITED, A New Zealand Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CONSOLIDATORS INTERNATIONAL, INC. a California Corporation; and JULIAN KEELING, an Individual,<br><br>            Defendants. | Case No. CV16-02219-GW (SS)<br><br>[PROPOSED] ORDER ON PLAINTIFF AIR NEW ZEALAND'S REQUEST TO ENTER DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(B)(1) |

Having considered Plaintiff Air New Zealand's Request to Enter Default Judgment Pursuant to Federal Rules of Civil Procedure 55(b)(1), the Declaration of Andrew C. Johnson, Esq., in support thereof, and finding good cause for the entry of the requested judgment,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Air New Zealand's Request for Entry of Default Judgment is GRANTED;
2. Judgment in the amount of $523,650.78, consisting of $476,046.12 for sum certain owed, plus $47,604.62, for 10% annual interest, is

1         hereby entered in Air New Zealand's favor, and this judgment in the

2         amount of $523,650.78, consisting of $476,046.12 for sum certain

3         owed, plus $47,604.62, for 10% annual interest, is entered against

4         Defendants Julian Keeling, and Consolidators International, Inc.,

5    3. Defendants Julian Keeling and Consolidators International, Inc., are

6         jointly and severally liable for the entire judgment amount of

7         $523,650.78 that is entered against them, and in Air New Zealand's

8         favor;

9    4. Defendants Julian Keeling and Consolidators International, Inc., are

10         hereby ordered to pay, jointly and severally, to Air New Zealand

11         $523,650.78;

12    5. Defendants Julian Keeling and Consolidators International, Inc., are

13         hereby further ordered to pay to Air New Zealand recoverable fees

14         and costs in this matter;

15    6. Defendants Julian Keeling and Consolidators International, Inc., are

16         jointly and severally liable to Air New Zealand for any recoverable

17         fees and costs in this matter;

18

19    **IT IS SO ORDERED.**

20

21

22 Dated: December __20__, 2016      

23            Clerk, United States District Court

24

25

26

27

28

-2-